UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMBER MCGREGOR,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>           Defendant. | No.  CV-08-0286-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 19.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.  The parties' stipulated Motion for Remand **(Ct. Rec. 19)** is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will further develop the record, conduct a *de novo* hearing, and specifically take the following action: (1) update the medical record with existing

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

evidence from the treating sources, to include medical source statements; (2) develop the record further concerning Plaintiff's mental impairments and the limitations attributable to her learning disorder, obtaining a consultative examination to include projective psychological testing to ascertan Plaintiff's level of functioning during the period at issue; (3) at step three of the sequential evaluation, determine whether Plaintiff meets or equals Listing 12.05C in the Listing of Impairments, 20 C.F.R. Part 404, Subpart P, Appx. 1; (4) continue with the sequential evaluation process; and (5) as warranted, obtain medical expert testimony.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED March 26, 2009.

                    <u>s/ CYNTHIA IMBROGNO</u>
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2